# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LUIS A. HERNANDEZ,

                Plaintiff,

-against-

W. OSWINSKI, C.O. FAIZON, and K. LASIK,
                Defendants.

-----------------------------------------------------------X

18 CIVIL 7365 (VB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 25, 2019, to date, plaintiff has failed to file an amended complaint or seek an extension of time to do so. As the Court has already dismissed all of plaintiffs' claims, judgment is entered in defendants' favor. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
        November 27, 2019

                                          **RUBY J. KRAJICK**
                                              Clerk of Court

**BY:** _____
                                              Deputy Clerk